ALEC D. TYRA, State Bar No. 116218
*dtyra@kmtg.com*
ALLISON N. BLAKE, State Bar No. 353486
*ablake@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

Attorneys for Defendant Board of Trustees of
California State University

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CANDACE LOW, | Case No. 4:25-cv-05613-AMO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL REMAINING DEADLINES 90 DAYS** |
| v. | |
| BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, D.B.A., SAN FRANCISCO STATE UNIVERSITY, | Judge:    Hon. Araceli Martinez-Olguin |
| | Pretrial Conference: December 17, 2026 |
| Defendant. | Trial Date:            February 8, 2027 |
| | Action Filed:  July 3, 2025 |

Pursuant to the Parties' June 9, 2026, stipulation, the Court finds good cause to continue all remaining deadlines set forth in the Case Scheduling Order (Dkt. No. 29) 90 days. The new deadlines are set forth in the table below.

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Parties to identify rebuttal expert(s) and provide rebuttal expert report(s) | June 9, 2026 | September 7, 2026 |
| Close of fact discovery | June 30, 2026 | September 28, 2026 |
| Close of expert discovery | August 11, 2026 | November 9, 2026 |
| Dispositive motion filing deadline | August 20, 2026 | November 18, 2026 |
| Hearing on dispositive motions | October 8, 2026 | January 7, 2027 |
| Pretrial conference | Thursday, December 17, 2026 | Thursday, March 18, 2027 |
| Trial (3 days) | Monday, February 8, 2027 | Monday, May 10, 2027 |

**IT IS SO ORDERED.**

Dated:          6/12/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

4912-8095-4034.1 011996.037                    2                    Case No. 3:25-cv-05613-AMO

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL REMAINING DEADLINES 90 DAYS